## JORDAN v. NEW YORK LIFE INS. CO.
### No. 4603.

Court of Appeal of Louisiana. Second Circuit.

March 29, 1934.

For former opinions, see 150 So. 419; 152 So. 778.

Montgomery & Montgomery, of New Orleans, and Nash Johnson, of Shreveport, for appellant.

Dickson & Denny, of Shreveport, for appellee.

### PER CURIAM.

This is the second application for a rehearing in this case. We granted a rehearing on the application of appellee, 152 So. 778. Our judgment on the rehearing did not reserve to either party the right to apply for a second rehearing. Now appellant has applied for a rehearing, but we are powerless to entertain it. Luckett & Hunter v. Texas & Pacific Railway Co., 161 La. 175, 108 So. 405.

The application is therefore dismissed.